orari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Riley Strickland* and *James O. Cade* for petitioners. *Messrs. E. Byron Singleton, Cleo G. Clayton,* and *F. H. McGregor,* as *amici curiae,* filed a brief in support of the petition.

No. 135. BORAK *v.* BIDDLE, ATTORNEY GENERAL. October 9, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Stanley H. Borak, pro se. Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Joseph B. Goldman* for respondent.

No. 144. LAWRENCE BAKING Co. *v.* MICHIGAN UNEMPLOYMENT COMPENSATION COMMISSION. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Michigan denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Mr. Alva M. Cummins* for petitioner. *Messrs. Herbert J. Rushton,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 145. CITY OF WINTER HAVEN ET AL. *v.* MEREDITH ET AL. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Giles J. Patterson* and *Harry E. King* for petitioners. *Messrs. D. C. Hull, Erskine W. Landis, John L. Graham,* and *J. Compton French* for respondents.